IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| AAMSCO LIGHTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BULBRITE INDUSTRIES, INC.,<br><br>Defendant. | C/A No. 2:16-cv-01809-RMG |

## SECOND AMENDED SCHEDULING ORDER

1.  **Expert Witnesses**: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:

    Plaintiff:    **April 24, 2017**
    Defendant:    **May 23, 2017**

2.  **Mediation**: The parties shall conduct mediation on or before **April 10, 2017.**

3.  **Records Custodian Witnesses**: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **June 2, 2017**. Objections to such affidavits must be made within **fourteen (14) days** after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

4.  **Discovery**: Discovery shall be completed no later than **June 21, 2017.** All discovery requests shall be served in time for the responses thereto to be served by this deadline. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have

consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

5.     **Motions in Limine**: Motions in limine must be filed no later than **fifteen (15) business days prior to jury selection**.

6.     **Dispositive Motions and Daubert Motions**: All dispositive motions and Daubert motions shall be filed on or before **July 10, 2017**.

7.     **Pretrial Disclosures**: No later than **twenty-one (21) business** days prior to Jury Selection, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within **fourteen (14) days thereafter**, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

8.     **Pretrial Briefs**: Parties shall furnish the Court and serve pretrial briefs **five (5) business days prior to the date set for jury selection** (Local Civil Rule 26.05). Attorneys shall meet at least **five (5) business days prior to the date set for submission of pretrial briefs** for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

9.     **Trial**: This case is subject to being called for jury selection and/or trial on or after **October 2, 2017**.

February __2l/__, 2016
Charleston, South Carolina

Richard Mark Gergel
United States District Judge