IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| AAMSCO LIGHTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BULBRITE INDUSTRIES, INC., <br><br> Defendant. | C/A No. 2:16-cv-01809-RMG <br><br> JURY TRIAL DEMANDED |

**<u>JOINT MOTION FOR DISMISSAL WITH PREJUDICE</u>**

BY CONSENT, and pursuant to Fed. R. Civ. P. 41(a), Plaintiff Aamsco Lighting, Inc. ("Aamsco") and Defendant Bulbrite Industries, Inc. ("Bulbrite") hereby jointly move for an order dismissing WITH PREJUDICE all claims, counterclaims, and defenses asserted by either party in this case, with each party to bear its own costs, expenses, and attorneys' fees and with this Court retaining limited jurisdiction to enforce the parties' agreement settling this case.

Dated: May 4, 2017                                           Respectfully submitted,

By   s/David W. Wolf                                          By   s/Steven R. LeBlanc

    David W. Wolf (Fed. ID No. 9103)      Steven R. LeBlanc (Fed. Id. 7000)
    david@wolflaw.com      DORITY & MANNING, P.A.
    WOLF & WOLF, LLC      P.O. Box 1449
    286 Meeting Street      Greenville, S.C. 29602-1449
    1st Floor      Tel: 864-271-1592
    Charleston, South Carolina 29401      Fax: 864-233-7342
    Tel. (843) 853-9000      srl@dority-manning.com
    Fax. (843) 853-9002

    Joseph S. Presta (*pro hac vice*)      Otto O. Lee, CA Bar #173987 (*pro hac vice* to be submitted)
    jsp@nixonvan.com      INTELLECTUAL PROPERTY LAW GROUP LLP
    Jonathon T. Reavill (*pro hac vice*)      12 South First Street, 12th Floor
    jtr@nixonvan.com      San Jose, CA 95113
    NIXON & VANDERHYE, P.C.      Telephone: (408) 286-8933
    901 North Glebe Road      Facsimile: (408) 286-8932
    11th Floor      Email: olee@iplg.com;
    Arlington, Virginia 22203      tm_docket@iplg.com
    Tel. (703) 816-4000
    Fax. (703) 816-4100

    *Attorneys for Plaintiff*      *Attorneys for Defendant*
    *Aamsco Lighting, Inc.*      *Bulbrite Industries, Inc.*